UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| COPPER BASIN FEDERAL CREDIT UNION and CUMIS INSURANCE SOCIETY INC.,<br><br>　　Plaintiffs,<br><br>v.<br><br>FISERV SOLUTIONS, INC. d/b/a INTEGRASYS<br><br>　　Defendant. | Case No. 1:11-CV-203<br><br>Chief Judge Curtis L. Collier |

## JUDGMENT ORDER

Before the Court are Plaintiffs Copper Basin Federal Credit Union ("Copper Basin") and CUMIS Insurance Society, Inc. ("CUMIS") and Defendant Fiserv Solutions, Inc. ("Defendant"). Plaintiffs originally filed a complaint in the Chancery Court for Polk County, and Defendant removed the case to this Court (Court File No. 1). Plaintiffs filed a motion objecting to removal and asking the Court to remand this case to Tennessee state court (Court File No. 10). Defendant responded to Plaintiffs' motion (Court File No. 16), and Plaintiffs in turn replied to that response (Court File No. 18). For the reasons discussed in the accompanying memorandum, the Court **GRANTS** the Plaintiffs' motion (Court File No. 10), **DENIES AS MOOT** Defendant's motion to dismiss (Court File No. 3), and **REMANDS** the case to the Chancery Court for Polk County.[1] As no further matters remain for adjudication, the Court **DIRECTS** the Clerk of Court to **CLOSE** the

---

[1] After removing the case to this Court but before Plaintiffs filed their motion to remand, Defendant filed a motion to dismiss (Court File No. 3). Because the Court grants the Plaintiffs' motion and remand the case to state court, the Court does not consider Defendant's motion to dismiss (Court File No. 3).

case.

**SO ORDERED.**

**ENTER:**

                                           **/s/**
                                           **CURTIS L. COLLIER**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Patricia L. McNutt
   CLERK OF COURT